# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

**MANHATTAN**
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/20

MEMO ENDORSED

November 2, 2020

Hon. Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

11/3/20
Sentencing Adj at defendant's request to December 10, 2020 at 2:30 p.m.

/s/ Colleen McMahon

Re:   *United States v. Hua Fen Bi*
      Docket No.: 20-CR-401

Dear Judge McMahon:

I am counsel to Defendant Hua Fen Bi. Mr. Bi is scheduled for sentencing on November 17, 2020. I am writing to seek a further two-week adjournment of Mr. Bi's sentencing hearing.

The reason for this request is that I am still waiting to receive important information and documentation relevant to sentencing. These documents will play an important part in our sentencing submission and are necessary for a fulsome analysis of the relevant 18 U.S.C. §3553(a) factors in Mr. Bi's case. The requested adjournment will give us the necessary time to obtain these important documents and incorporate them into our sentencing submission.

I have spoken with AUSA Emily Deininger, and the government has no objection to this request.

I thank Your Honor for your consideration and wish everyone well.

Respectfully submitted,

/s/ *Edward V. Sapone*
Edward V. Sapone

cc:   AUSA Emily Deininger
      AUSA Alexandra Rothman
      PO Matthew Omlor

1