## SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner                                    Edward V. Sapone, Esq., Partner

<u>MANHATTAN</u>                                                         <u>LONG ISLAND</u>
40 Fulton Street, 17th Floor                                    1103 Stewart Avenue, Suite 200
New York, New York 10038                                          Garden City, New York 11530
Telephone: (212) 349-9000                                          Telephone: (516) 678-2800
Facsimile: (212) 349-9003                                          Facsimile: (516) 977-1977
E-mail: ed@saponepetrillo.com                                   E-mail: bill@saponepetrillo.com

May 2, 2022

*MEMO ENDORSED*

5/3/22

Pretrial is directed to
return defendant's U.S.
Passport forthwith.

*[signature] Colleen McMahon*

**BY ECF FILING**
The Honorable Colleen McMahon
United States District Judge
United States Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re:   *United States v. Hua Fen Bi*
> Ind. No: 20-CR-401 (CM)

Dear Judge McMahon:

    I am counsel to Defendant Hua Fen Bi in the above-referenced case. Mr. Bi was sentenced to time-served with a term of supervised release, which has since elapsed. He has informed me that U.S. Pretrial Services is going to return his U.S. Passport to the issuing agency unless the Court issues an Order directing that it be returned forthwith to Mr. Bi. I contacted Pretrial Services today by telephone and obtained their consent to this request. The government, by AUSA Alexandra Rothman, does not object to this request.

    This is my first request for the return of Mr. Bi's passport, and I appreciate Your Honor's consideration.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/22

Hon. Colleen McMahon
May 2, 2022
Page 2


cc: AUSA Jason Swergold (By ECF)
    AUSA Alexandra Rothman (By ECF)
    Officer Lea Harmon (By Email)