Case 1:20-cr-00401-CM   Document 37-2   Filed 06/23/26   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                    :

        - v. -                                              :

HUA FEN BI,                                              :

               Defendant.                 :

-------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 6-24-26 | |

**ORDER**

S1 20 Cr. 401 (CM)

WHEREAS, on October 7, 2019, the Honorable Colleen McMahon, District Judge, Southern District of New York, ordered the defendant Hua Fen Bi to be released upon a personal recognizance bond in the amount of $125,000 secured by $20,000 cash or property;

WHEREAS, on or about October 7, 2019, the Defendant personally posted $20,000 cash (the "Bail Funds") as security for the $125,000 court-ordered personal recognizance bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number NYSCCA20-CT-465401245935);

WHEREAS, on or about August 7, 2020, the Defendant was charged in a one-count Superseding Information, S1 20 Cr. 401(CM) (the "Information"), with conspiracy to operate an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, on or about August 7, 2020, the Defendant pled guilty to Count One of the Information;

WHEREAS, on or about June 16, 2021, the Court entered a Preliminary Order of Forfeiture/Money Judgment imposing a forfeiture money judgment in the amount of $919,832.80 in United States currency (the "Money Judgment") against the Defendant; and

WHEREAS, on or about June 23, 2026, the Government moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of the Money Judgment;

IT IS HEREBY ORDERED that:

1.    In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, to the United States Marshal Service.

2.    Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the Bail Funds, as a payment on the Money Judgment, in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
United States District Judge

6 - 24 - 26
_____
DATE

2